weizenginf

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
SEP 25 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00042 |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | **BRINGING IN AN ILLEGAL ALIEN** |
| WEI XING ZENG, ) | [8 U.S.C. § 1324(a)(2)(B)(iii)] |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

On or about the 17th day of July, 2006, within the District of Guam, the defendant, WEI XING ZENG, knowing that an alien, to wit: JIA WEI HUANG, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States the said alien, and did not bring and present said alien to an appropriate immigration officer

immediately upon arrival at a designated port of entry, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Dated this **22** day of September 2006.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and NMI

By: _____
      FREDERICK A. BLACK
      Assistant U.S. Attorney

- 2 -