# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**
City: Hagåtña
Country/Parish: _____

**Related Case Information:**
Superseding Indictment: _____ Docket Number: **06-00042**
Same Defendant: __X__ New Defendant: _____
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name: Wei Xing Zeng

Alias Name: _____

Address: _____
China

Birthdate: xx/xx/1976   SS#: None   Sex: M   Race: A   Nationality: Chinese

**U.S. Attorney Information:**

AUSA: Frederick A. Black

Interpreter: ____ No __X__ Yes   List language and/or dialect: Chinese-mandarin

**Location Status:**

Arrest Date: _____
☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED SEP 25 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: 1   ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  8 USC 1324(a)(2)(B)(iii) | Bringing in An Illegal Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: 9-22-06   Signature of AUSA: /s/ Fred A. Black