# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00042                               DATE: September 26, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                        Court Reporter: Cecille Flores
Courtroom Deputy: Virginia T. Kilgore               Electronically Recorded: 10:35:36 - 11:10:10
CSO: B. Benavente / J. Lizama

**APPEARANCES:**

Defendant: Wei Xing Zeng                            Attorney: Richard Arens
   Present   Custody   Bond   P.R.                     Present   Retained   FPD   CJA

U.S. Attorney: Frederick A. Black                   U.S. Agent:
U.S. Probation: Stephen Guilliot                    U.S. Marshal: V. Roman / G. Perez
Interpreter: Foo Mee Chun Clinard                   Language: Chinese Mandarin

**PROCEEDINGS: Initial Appearance / Waiver of Indictment / Information / Plea**

- Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Waiver of Indictment executed.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty Count I.
- Report and Recommendation executed by the Court.
- Sentencing set for: January 16, 2007 at 10:00 A.M.
- Presentence Report due to the parties: November 22, 2006.
- Presentence Report due to the Court: December 20, 2006.
- Defendant remanded to the custody of the U.S. Marshals Service as previously ordered in Criminal Case No. 06-00023.

NOTES: