O AO 455 (Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

DISTRICT COURT OF GUAM
SEP 26 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

WEI XING ZENG

**WAIVER OF INDICTMENT**

CASE NUMBER: CR-06-00042

I, WEI XING ZENG, the above named defendant, who is accused of

Bringing in an Illegal Alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/26/06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ZENG Wei Xing
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**

SEP 25 2006
FEDERAL PUBLIC DEFENDER