
FILED
DISTRICT COURT OF GUAM
OCT 1 9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff.<br><br>　vs.<br><br>WEI XING ZENG,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 06-00042<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Information charging him with Bringing in an Illegal Alien, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on January 16, 2007, at 10:00 a.m.

IT IS SO ORDERED.

DATED this 19 day of October 2006.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LARRY A. BURNS*
　　　　　　　　　　　　　　　District Judge

---

* The Honorable Larry A. Burns, United States District Judge for the Southern District of California, sitting by designation.