# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Wei Xing Zeng,

    Defendant.

**NOTICE**

CASE NUMBER: 1:06-cr-00042

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | |
| | DATE AND TIME |
| | |

| TYPE OF PROCEEDING |
|---|
| *SENTENCING* |

[ X ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | **Tuesday, January 16, 2007 at 10:00 a.m.** | **Wednesday, January 17, 2007 at 9:15 a.m.** |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| January 5, 2007 | Leilani R. Toves Hernandez |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO: U.S. Attorney's Office
     Federal Public Defender
     U.S. Probation Office
     U.S. Marshals Service