**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-06-00042                                         DATE: January 17, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 9:27:35 - 10:12:12
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Wei Xing Zeng                       Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.              ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black              U.S. Agent:
U.S. Probation: Stephen Guilliot               U.S. Marshal: C. Marquez / G. Perez
Interpreter: Foo Mee Chun Clinard              Language: Chinese Mandarin

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>6 months with credit for time served.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: Government's oral motion to dismiss Counts I and II in Criminal Case No. 06-00023 was granted.